AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| FCA US LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-01097 |
| The Partnerships and Unincorporated Associations Identified on Schedule "A" | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* The Partnerships and all other Defendants identified in the Complaint

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison, Suite 2100
Chicago, IL 60606

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date: February 5, 2026

*(By)* DEPUTY CLERK

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 26-cv-01097

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Hannah A. Abes, Attorney of Record
was received by me on *(date)* 02/18/2026 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I, or someone working under my direction, electronically published the Complaint, Summons, the TRO, and other relevant documents on a website. I, or someone working under my direction, sent an e-mail to the e-mail addresses for Defendants identified in Exhibit A attached hereto that includes an attachment of relevant documents and a link to said website.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 02/18/2026

*Hannah A. Abes*
Digitally signed by Hannah A. Abes
Date: 2026.02.18 11:35:59 -06'00'

*Server's signature*

Hannah A. Abes, Attorney of Record
*Printed name and title*

200 West Madison, Suite 2100
Chicago, IL 60606

*Server's address*

Additional information regarding attempted service, etc: