**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FCA US LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>    Defendants. | Case No. 26-cv-01097<br><br>**Judge Rebecca R. Pallmeyer**<br><br>**Magistrate Judge Albert Berry, III** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff FCA US LLC hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| ALLGOOD AUTO PARTS | 2 |
| JUNMO-AUTO | 14 |
| PIT66 Motor | 18 |
| ShengxuanOfficial | 20 |
| YLT AUTO | 28 |
| autoparts_x | 37 |
| autozonespace | 39 |
| carparts-0978 | 41 |
| EasyPeasy_AutoParts | 45 |
| engang50 | 46 |
| joyjoycart_autos | 54 |
| METETAO STORE | 59 |
| METETAO VEHICLE PARTS | 60 |
| Nsteel-Autoparts | 61 |
| rhodalia | 63 |
| top-automall | 66 |
| UNCLE HENRY | 68 |
| Xylematic | 74 |

Dated this 26th day of February 2026.   Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*